DON PAUL BASS, Appellant, *v.* THE STATE OF NEVADA, Respondent.

No. 6834

October 18, 1972                                  501 P.2d 650

*Robert G. Legakes,* Public Defender, and *Joseph T. Bonaventure,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal challenges the sufficiency of the evidence to support appellant's conviction of the crime of burglary. The challenge does not possess merit.

Affirmed.